# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUL 25  PM 12: 01

CLERK _B McCarthy_
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| TEXTRON INNOVATIONS INC., AND ) | |
| ) | |
| E-Z-GO (A DIVISION OF TEXTRON ) | |
| INC.), ) | |
| ) | **CIVIL ACTION NO. 1:06-CV-00009** |
| Plaintiffs, ) | **(DHB)** |
| ) | |
| v. ) | |
| ) | |
| FAIRPLAY ELECTRIC CARS, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

The parties came this day and represented that they have settled and compromised all of
the disputes among themselves, and have moved the Court to dismiss this action.  Pursuant to the
terms of the parties' settlement, they have agreed to the entry of this Order and the entry of a
permanent injunction against Defendant Fairplay Electric Cars, LLC ("Fairplay").

In consideration of the settlement reached by the parties, IT IS HEREBY ORDERED,
ADJUDGED AND DECREED that:

1.      The above-captioned action and all claims asserted therein, and all claims that
could have been asserted therein based on the facts pled, are DISMISSED WITH PREJUDICE,
each party to bear its own costs and attorneys' fees.

2.      Fairplay acknowledges that (i) Plaintiff Textron Innovations Inc. ("Textron") is
the owner of the entire right, title and interest in and to United States Design Patent No. 369,762
(the "'762 Patent"), (ii) the '762 Patent was infringed by Fairplay's manufacture, use, sale, offer
for sale and importation into the United States of certain golf cars identified as the 2-seater Fleet

and Legacy Model Golf Cars, (iii) it induced others to infringe the '762 patent and (iv) the '762
patent is valid and enforceable.

3.     Fairplay further acknowledges that Plaintiffs are the owners of all right, title and
interest in and to the E-Z-GO trade dress.  Such E-Z-GO trade dress includes the product design
for each E-Z-GO golf car, shuttle personnel vehicle (including four and six passenger golf cars),
fleet golf car, utility vehicle, turf maintenance vehicle, refreshment vehicle, Clays Car and/or
trail utility vehicles and that such trade dress was infringed by Fairplay.

4.     Fairplay and its parents, subsidiaries, affiliates, divisions, partners and successors,
and their principals, directors, officers, agents, servants, employees, representatives, and all
others acting under the supervision or control thereof or in active concert or participation
therewith (which do not include Fairplay's customers', dealers' or distributors' activities with
respect to the Fleet and Legacy Model Golf Cars), be and hereby are restrained and permanently
enjoined from directly or indirectly:

(a)  manufacturing, selling, offering for sale, leasing, importing, or using the 2-
seater Fleet and Legacy Model Golf Cars, and/or inducing others to manufacture, lease,
sell, offer for sale, and/or import the 2-seater Fleet and Legacy Model Golf Cars, or any
colorable variation thereof;

(b) manufacturing, advertising, selling, offering for sale, leasing, importing, or
using the E-Z-GO trade dress, or any colorable variation thereof, in connection with the
Fleet or Legacy Model Golf Car, or any colorable variation thereof;

(c) using, distributing, disseminating, publishing, reproducing or displaying any
literature, advertisements, and/or promotional materials or labeling depicting, describing
or relating to the 2-seater Fleet or Legacy Model Golf Cars, or any colorable variation

- 2 -

thereof, or to any other Fairplay Golf Car of any kind, using the E-Z-GO trade dress, or any colorable variation thereof; and

(d) employing any picture, photograph, illustration, depiction or likeness of all, or any part of, an E-Z-GO golf car for the purpose of leasing, selling or offering for sale any Fairplay Fleet or Legacy Model Golf Car, or any colorable variation thereof manufactured, imported, leased, sold or offered for sale by Fairplay.

5. Fairplay shall pay E-Z-GO as full settlement of all claim hereto the damages set forth in paragraph 11 of the confidential Settlement Agreement between the parties dated June 30, 2006.

6. This Court shall retain jurisdiction over the parties in connection with the enforcement of this Order.

The Clerk shall send copies of this Consent Order to all counsel of record.

**SO ORDERED**:

_____

Honorable Dudley H. Bowen, Jr.
United States District Judge

Dated this 25th day of July, 2006.

The foregoing Order is hereby consented to and approved by:

Dated: July 18, 2006

_____

HULL, TOWILL, NORMAN,
BARRETT & SALLEY

Dated: July 11, 2006

_____

TEXTRON INNOVATIONS INC.

Dated: _July 10, 2006_         _Marianne Corr_
                                        E-Z-GO, a Division of TEXTRON INC.

Dated: _July 17, 2006_            _____
                                        WARLICK, FRITZ, STEBBINS & HALL, LLP

Dated: _____            _____
                                        FAIRPLAY ELECTRIC CARS, LLC

Dated:_____

E-Z-GO, a Division of TEXTRON INC.

Dated: _____

WARLICK, TRITT, STEBBINS & HALL, LLP

Dated: 6-30-30

FAIRPLAY ELECTRIC CARS, LLC

- 4 -